the provision that the same be paid over to her individually, and, as so modified, affirmed, with costs to her payable out of the corpus of the estate.

In re WHITTEN. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) In the matter of the application of Robert C. Whitten for a writ of certiorari to William J. Gaynor, Mayor of the City of New York, and James G. Wallace, Jr., Chief of the Bureau of Licenses of the City of New York. No opinion. Motion for writ of certiorari denied, without costs, and proceeding dismissed, without prejudice to any action or proceeding which the relator may commence in the Supreme Court, Special or Trial Term, and stay vacated.

WIETHAN, Respondent, v. NEW PALTZ, H. & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Franklin A. Wiethan against the New Paltz, Highland & Poughkeepsie Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) In the matter of the judicial settlement of the accounts of Alice D. Williams and another, as executors of William Williams, deceased. No opinion. Motion granted, permitting the appellant, Eliza T. Williams, to file undertaking to perfect her appeal. See, also, 118 N. Y. Supp. 562.

In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of Jennie Perkins Williams, an alleged incompetent person. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1151.

WILLIAMS, Appellant, v. ASHNER, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Bennett Williams against Ida Ashner. No opinion. Motion to compel acceptance of notice of appeal granted, with $10 costs. Motion to compel acceptance of proposed case on appeal granted, without costs.

WILLIAMS, Respondent, v. CONOVER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Daniel Williams against George L. Conover and another.

PER CURIAM. Judgment of County Court (130 N. Y. Supp. 118) and judgment of Justice's Court reversed, with costs in all courts to appellants. Held, that the complaint states a cause of action in trover, and not on contract.

SPRING, J., dissents.

WILLIAMS v. JAMES, Mayor, et al. (Supreme Court, Appellate Division, Fourth Department, October, 1911.) Action by Henry K. Williams, a taxpayer of the city of Dunkirk, N. Y., against Harry James, as mayor of the city of Dunkirk, impleaded with Richard Heppell, as clerk of the city of Dunkirk, and others, and Joseph Stejakowski, as councilman, and others. (No. 1.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

WILLIAMS v. JAMES, Mayor, et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Henry K. Williams, a taxpayer of the city of Dunkirk, N. Y., against Harry James, as mayor of the city of Dunkirk, impleaded with Richard Heppell, as clerk of the city of Dunkirk, and others, and Joseph Stejakowski, as councilman, and others. (No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, supra.

McLENNAN, P. J., dissents.

WILLIAMS v. UNITED WIRELESS TELEGRAPH CO. (seven cases). (Supreme Court, Appellate Division, First Department. February 9, 1912.) Actions by Samuel P. Williams against the United Wireless Telegraph Company. No opinions. Motions granted, with $10 costs of one motion. Orders filed. See, also, 131 N. Y. Supp. 41.

WILLSON & ADAMS CO. v. MACK PAVING & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by the Willson & Adams Company against the Mack Paving & Construction Company and others. No opinion. Motion denied, with $10 costs. See, also, 132 N. Y. Supp. 297.

WILSON, Respondent, v. HANNA, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Frank B. Wilson against John Hanna. No opinion. Appeal dismissed by default, with costs. See, also, 131 N. Y. Supp. 1151.

WINCKLER et al., Respondents, v. WINCKLER, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Frederick Winckler and another against Louis Winckler, individually and as executor, etc. No opinion. Motion for stay dismissed, without costs. See, also, 133 N. Y. Supp. 768; infra.

WINCKLER et al., Respondents, v. WINCKLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Frederick Winckler and another, as executors, etc., against Louis Winckler, individually and as executor, etc. No opinion. Mo-

tion for leave to appeal to the Court of Appeals denied, without costs. See, also, 133 N. Y. Supp. 768, 1150.

WING, Respondent, v. EDMEAD, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Frank L. Wing against Samuel F. Edmead. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

WINITSKY, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Ida Winitsky, as administratrix, etc., against the New York State Railways. No opinion. Judgment and order affirmed, with costs.

WITHERBEE et al., Appellants, v. BOWLES et al., Respondents. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Alfred S. Witherbee and another against Thomas H. Bowles and another. S. Untermyer, for appellants. H. S. Hertwig, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 407, 126 N. Y. Supp. 954.

WNUCK, v. WISEHOON et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Adolph Wnuck, as administrator, etc., of Herman Skrobuck, deceased, against Charles F. Wisehoon and others, individually and as copartners, doing business under the firm name and style of Charles F. Wisehoon & Son, and John P. Hier. No opinion. Order affirmed, with $10 costs and disbursements.

WOLF et al., Respondents, v. BRODY, ADLER & KOCH CO.. Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Louis Wolf and others against the Brody, Adler & Koch Company. L. M. Isaacs, for appellant. A. Freyer, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

WRIGHT v. McCONNELL et al. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Edward C. Wright, as executor and trustee, etc., of Elizabeth Lowerre, deceased, against Almira E. McConnell and others. No opinion. Judgment and order affirmed, with costs.

YAGER, Appellant, v. RICHELSON, Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by William H. Yager, as sole surviving member of the firm of W. H. Yager & Co., against Joe Richelson. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff, on payment of the costs in this court and in the court below, to withdraw the demurrer to defendant's counterclaim and reply thereto.

YATES, Respondent, v. VILLAGE OF ARCADE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Allen Yates against the Village of Arcade, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNG v. BROWER. SIRE v. BROWNING. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Actions by James B. Young against Edwin S. Brower and by Meyer L. Sire against Edward F. Browning. No opinions. Motions granted, unless appellants comply with terms stated in order. Orders filed.

LONG ISLAND R. CO., Appellant, v. SHERWOOD et al., Respondents. (Supreme Court, Appellate Division, Second Department. November, 1911.) Action by the Long Island Railroad Company against James K. O. Sherwood and others. See, also, 98 N. E. —.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
BURR and RICH, JJ., dissent.

In re SNITKIN. (Supreme Court, Appellate Division, First Department. November, 1911.) In the matter of Leonard A. Snitkin. No opinion. See memorandum per curiam. See, also, 133 N. Y. Supp. 1144.

SPRINGS et al. v. HANOVER NAT. BANK. (Supreme Court, Appellate Division, First Department. June, 1911.) Action by Richard A. Springs and others against the Hanover National Bank. No opinion. Motion for leave to appeal to Court of Appeals (from 145 App. Div. 188, 130 N. Y. Supp. 87) denied, with $10 costs. See memorandum per curiam. See, also, 145 App. Div. 921, 130 N. Y. Supp. 1131.

WATERMAN, Respondent, v. WATERMAN, Appellant. (Supreme Court, Appellate Division, Third Department. November, 1911.) Action by Grace E. Van A. Waterman against Theodore H. Waterman. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 132 N. Y. Supp. 1149.

END OF CASES IN VOL. 133

*